| Name | Phone (1) | Phone (2) | Addr1 | City | State | Zip | Claim Status |
|---|---|---|---|---|---|---|---|
| SHERRY CANDILLO | | | 2633 S 45TH ST | KANSAS CITY | KS | 66106-3617 | VALID |
| ALVIN COUTS | | | 1905 KANSAS AVE | KANSAS CITY | MO | 64127 | VALID |
| DOROTHY TINCH | | (816) 724-8176 | 6050 SWOPE PKWY | KANSAS CITY | MO | 64130-4443 | VALID |
| DICK ROE | | (913) 731-4663 | 12259 S. STRANG LINE RD #301 | OLATHE | KS | 66062 | VALID |
| STEVEN BEARDSLEY | | (816) 977-9212 | 139 S ARLINGTON AVE | INDEPENDENCE | MO | 64053-1257 | VALID |
| THOMAS MARTINEZ | (913) 636-9600 | | 13118 S RAINTREE DR | OLATHE | KS | 66062-5169 | VALID |
| LILLIAN ELDRIDGE | (816) 665-5642 | | 402 AIRWAY CT | BELTON | MO | 64012-4908 | VALID |
| DORIS OWENS | | (816) 506-4251 | 419 2ND ST | BELTON | MO | 64012-2519 | VALID |
| RON ANDERS | | (816) 349-0720 | PO BOX 520951 | INDEPENDENCE | MO | 64052-0951 | VALID |
| TANIKA LLOYD | (913) 788-7975 | | 1971 PARALLEL AVE | KANSAS CITY | KS | 66104-4702 | VALID |
| SHANTURA MCCRAY | | (913) 475-5212 | 7836 EBY ST | OVERLAND PARK | KS | 66204-2548 | VALID |
| NANCY MCCULLOUGH - RAINES | (660) 238-1315 | | 3508 S LYNN ST APT B | INDEPENDENCE | MO | 64055-3439 | VALID |
| DEBRA HIGGS | (816) 756-9009 | | 1810 E 36TH ST | KANSAS CITY | MO | 64109-2559 | VALID |
| TASHA PRESIDENT | (816) 291-0143 | | 311 NE 94TH ST APT 357 | KANSAS CITY | MO | 64155-2930 | VALID |
| ISABEL REYES | | (816) 433-8146 | 4408 E 24TH ST | KANSAS CITY | MO | 64127-4509 | VALID |
| JOHN FISHER | (816) 582-0937 | | 5301 MICHIGAN AVE | KANSAS CITY | MO | 64130-3318 | VALID |
| BARBARA MARKUS | | (785) 214-9799 | 733 S LINCOLN ST | OTTAWA | KS | 66067-3147 | VALID |
| KEVIN RIVERS | | (816) 500-8572 | 822 N CRYSLER AVE | INDEPENDENCE | MO | 64050-2315 | VALID |
| BRENDA ALLEN | | (913) 562-4375 | 7515 ASPEN DR | KANSAS CITY | KS | 66111-2831 | VALID |
| CARL SHARP | (816) 377-2040 | | 716 S COTTAGE ST | INDEPENDENCE | MO | 64050-4342 | VALID |
| TALANA WIGGINS | | | 10708 ST. CATHERINES | KANSAS CITY | MO | 64137 | VALID |
| BRYANT CHEADLE | (816) 359-1038 | | 4684 N HIGHLAND AVE | KANSAS CITY | MO | 64116-2001 | VALID |
| MICHAEL BLAKELY | | | 2106 E 25TH ST | KANSAS CITY | MO | 64127-3721 | VALID |
| GARY NICHOLSON | (816) 924-5254 | | 2740 ASKEW AVE | KANSAS CITY | MO | 64128-1233 | VALID |
| JOSHUA STEUBER | | (225) 313-9812 | 20320 JOHNSON DR | KILLIAN | LA | 70462 | VALID |
| DANA COLON | (913) 998-1462 | | 1425 S 50TH ST | KANSAS CITY | MO | 66106 | VALID |
| COREENA CARTER | | (816) 517-4097 | 3235 GARFIELD AVE | KANSAS CITY | MO | 64109-2008 | VALID |
| ROBERT FORBES | (816) 529-8984 | | 4418 E 33RD ST | KANSAS CITY | MO | 64128-2103 | VALID |
| JULIE HUSTON | (816) 728-8868 | | 1609 S MAIN ST | HOLDEN | MO | 64040-1649 | VALID |
| WINNIE ROCHE | | (816) 772-6389 | 329 DRURY AVE | KANSAS CITY | MO | 64123-2001 | VALID |
| AYRON WERNTZ | | (785) 893-0148 | 707 S CYPRESS ST | OTTAWA | KS | 66067-2631 | VALID |
| JULIE WHEELDON | (816) 877-2169 | | 301 N BOARDMAN ST | PLEASANT HILL | MO | 64080-1211 | VALID |
| ALVIN BURKS | | (913) 353-2372 | 12 SANTA ANA LN | OLATHE | KS | 66061-3051 | VALID |
| MICHELLE BARRETT | (816) 456-9454 | | 6829 CHAPEL DR | BELTON | MO | 64012-1523 | VALID |
| RANDY BLANKENSHIP | (816) 345-5779 | | 616 N KENTUCKY ST | ADRIAN | MO | 64720-8301 | VALID |
| ARHONDA BEAL | | (816) 678-3804 | 2209 E 37TH ST | KANSAS CITY | MO | 64109-2806 | VALID |
| JIM ARMSTRONG | (913) 256-9868 | | 1651 S WILLOW ST | OTTAWA | KS | 66067-3819 | VALID |
| ROBERT HATCH | (816) 309-8011 | | 1322 E 126TH ST | GRANDVIEW | MO | 64030-1732 | VALID |

| Name | Phone 1 | Phone 2 | Address | City | State | ZIP | Status |
|---|---|---|---|---|---|---|---|
| PAMELA REDMOND | | (913) 232-9781 | 6648 W 83RD ST | OVERLAND PARK | KS | 66204-3953 | VALID |
| NINA WASHINGTON | (816) 304-2734 | | 9316 OLD SANTA FE RD APT 2 | KANSAS CITY | MO | 64138-3850 | VALID |
| CHRISTOPHER RIGGERT | | (913) 837-0105 | PO BOX 291 | EAST LYNNE | MO | 64743-0291 | VALID |
| BRENDA JOHNSON | | (816) 446-8829 | 4109 PASEO BLVD APT 210 | KANSAS CITY | MO | 64110-1367 | VALID |
| LORI STOOKEY | (913) 755-1349 | | 517 WALNUT AVE | OSAWATOMIE | KS | 66064-1253 | VALID |
| RANDY CORNELISON | | (913) 202-8846 | 1936 GARFIELD AVE | KANSAS CITY | KS | 66104-5716 | VALID |
| REBEKAH GALBRAITH | (816) 738-3123 | | 2201 TWIN OAKS DR APT 1 | HARRISONVILLE | MO | 64701-2969 | VALID |
| JEFFREY UITHOVEN | | (816) 288-6756 | 16415 MCKINLEY ST | BELTON | MO | 64012-1681 | VALID |
| YANIRA ZALDIVAR | (913) 293-4796 | | 2506 N 45TH ST | KANSAS CITY | KS | 66104-3301 | VALID |
| JOHN WRIGHT | | (816) 337-6228 | 4320 KENSINGTON AVE | KANSAS CITY | MO | 64130-2133 | VALID |
| JODY WITT | (913) 850-3013 | | 12220 S STRANG LINE CT APT 1304 | OLATHE | KS | 66062-5827 | VALID |
| FLOYD WOODROME | (816) 682-2355 | | 15705 E 25TH ST S | INDEPENDENCE | MO | 64055-1930 | VALID |
| UNETA HAMMOND | (816) 886-6663 | | 5528 DITZLER AVE | RAYTOWN | MO | 64133-3242 | VALID |
| CRYSTAL GILLIUM | | | 3029 MONTGALL AVE APT B | KANSAS CITY | MO | 64128-1518 | VALID |
| FRONNIE YATES | | (920) 784-9523 | 860 EDGEWOOD DR | GREEN BAY | WI | 54311-5204 | VALID |
| MICHAEL SCARBOROUGH | (816) 810-3474 | | 2585 GUIANA PLUM DR | ORLANDO | FL | 32828-4824 | VALID |
| AMY GULLEY | (913) 636-7859 | | 16325 W 126TH ST | OLATHE | KS | 66062-1138 | VALID |
| RITA GAYDOS | | (913) 275-1167 | 7519 CLEVELAND AVE | KANSAS CITY | KS | 66109-2356 | VALID |
| LOIS FOOTE | (316) 708-9005 | | PO BOX 232 | BEDFORD | IA | 50833-0232 | VALID |
| SHANNON MILLER | (913) 605-3332 | | 11400 W 70TH TER | SHAWNEE | KS | 66203-4042 | VALID |
| SERITA HAFELY | | (785) 418-7205 | 829 S MAIN ST | OTTAWA | KS | 66067-2805 | VALID |
| RYAN KEOPKE | (816) 331-5434 | | 502 W OLIVE ST | RAYMORE | MO | 64083-9224 | VALID |
| GEORGE FLESHER | (785) 218-6222 | | 828 MURROW CT | LAWRENCE | KS | 66049-2537 | VALID |
| JOHN LEWIS | (816) 217-9689 | | 11617 FOOD LN | KANSAS CITY | MO | 64134-3905 | VALID |
| MIGNON WILKINS | (913) 200-5023 | | 3134 W BARKER CIR | KANSAS CITY | KS | 66104-1659 | VALID |
| ROGER DOWNS | (913) 713-5929 | | 2200 N 11TH ST | KANSAS CITY | KS | 66104-5699 | VALID |
| LINDA CURTIS | (785) 241-9484 | | 1017 N HEMLOCK ST | OTTAWA | KS | 66067-1683 | VALID |
| VIVIAN JOHNSON | | (816) 332-1773 | 8504 E 108TH ST APT 7 | KANSAS CITY | MO | 64134-3081 | VALID |
| KELLY RHODES | | (785) 241-3457 | 7101 W 1300 RD | CENTERVILLE | KS | 66014-9193 | VALID |
| JOSHUA SIMPSON | (816) 686-0512 | | 8408 HERON DR | FREEMAN | MO | 64746-4117 | VALID |
| ASHLEY BRASSELL | | (816) 330-1301 | 6721 ASKEW AVE | KANSAS CITY | MO | 64132-3019 | VALID |
| ANDREW CULLEY | (660) 221-2142 | | 449 SW 351ST RD | CLINTON | MO | 64735 | VALID |
| EUGENE CRAWFORD | (816) 446-9848 | | 5827 CHESTNUT AVE | KANSAS CITY | MO | 64130-3715 | VALID |
| MIYYA BALDWIN | | (816) 612-0649 | 2609 WALROND AVE | KANSAS CITY | MO | 64127-4244 | VALID |
| ELIAS ZAMARRIPA JR | (816) 433-4158 | | 2848 BELLEVIEW AVE | KANSAS CITY | MO | 64108-3537 | VALID |
| FRANCES WING | | (816) 359-7969 | 908 S HOME AVE | INDEPENDENCE | MO | 64053-1741 | VALID |
| SHERMA GINN | | (816) 413-9199 | 5422 N WOODLAND AVE | KANSAS CITY | MO | 64118-5703 | VALID |
| ESSENCE CROSBY | | (816) 529-5528 | 4522 LISTER AVE | KANSAS CITY | MO | 64130-2266 | VALID |
| JENNIFER HARVEY | (816) 359-1035 | | 18405 E 5TH STREET CT N | INDEPENDENCE | MO | 64056-2094 | VALID |

| Name | Phone 1 | Phone 2 | Address | City | State | ZIP | Status |
|---|---|---|---|---|---|---|---|
| FELICIA SMITH | | (816) 612-1612 | 5535 WAYNE AVE | KANSAS CITY | MO | 64110-2963 | VALID |
| GREGORY ABRAHAM | (816) 400-9823 | | 6247 N MERCIER ST | GLADSTONE | MO | 64118-9135 | VALID |
| RAZSON WHITE | (816) 374-5765 | | 8621 WINCHESTER AVE | KANSAS CITY | MO | 64138-2866 | VALID |
| SEYMOUR SAGE II | (913) 370-1393 | | 402 N BROADWAY ST | LANCASTER | KS | 66041-9191 | VALID |
| EARLENE DANIELS-WORD | (913) 944-0046 | | 3081 N 31ST ST | KANSAS CITY | KS | 66104-4025 | VALID |
| MARK ALEXANDER | | (913) 222-4809 | 1506 FREEMAN AVE | KANSAS CITY | KS | 66102-2812 | VALID |
| LECRECIA ROSS | (816) 349-0458 | | 4926 WALROND AVE | KANSAS CITY | MO | 64130-2753 | VALID |
| BRIAN WRIGHT | | (913) 215-2018 | 1300 E CEDAR ST | OLATHE | KS | 66061-3605 | VALID |
| LORI STOOKEY | | (913) 755-1349 | 517 WALNUT AVE | OSAWATOMIE | KS | 66064-1253 | VALID |
| MARILYN WISHKENO | | | 550 N PECK CT | INDEPENDENCE | MO | 64056-1551 | VALID |
| LISA NELSON | (816) 665-8083 | | 112 EAST ELIZABETH ST | INDEPENDENCE | MO | 64050 | VALID |
| BRIAN HOLST | | (816) 679-4409 | 107 S RALSTON ST | SUGAR CREEK | MO | 64054 | VALID |
| DE'ANDRE WOMACK | (816) 469-1023 | | 4940 LYDIA AVE | KANSAS CITY | MO | 64110-2326 | VALID |
| RENEE MARTENIA | (319) 826-1197 | | PO BOX 1794 | CEDAR RAPIDS | IA | 52406-1794 | VALID |
| TERESA KILBURN | (913) 223-8009 | | 1032 E HUNTINGTON PL | OLATHE | KS | 66061-3529 | VALID |
| TERRY OUTLAND | (816) 912-7766 | | 4916 PASEO BLVD | KANSAS CITY | MO | 64110 | VALID |
| DAMIEN PHILLIPS | | (816) 645-1579 | 5736B BALES AVE | KANSAS CITY | MO | 64130-4219 | VALID |
| SHANTELL BURKS | | (816) 446-4943 | 8246 MONROE DR APT A | KANSAS CITY | KS | 66112-1870 | VALID |
| DONALD ANDREWS | (816) 529-1087 | | 8307 E 170TH ST | BELTON | MO | 64012-2251 | VALID |
| MONICA COSTALEZ | | (720) 518-7454 | 4633 RACE ST APT B | DENVER | CO | 80216-2871 | VALID |
| CAMESHA STANDIFER | (816) 663-5010 | | 304 SE MORELAND SCHOOL RD # 8 | BLUE SPRINGS | MO | 64014-4915 | VALID |
| MARY ARELLANO | (816) 877-3793 | | 209 LACY LN | BELTON | MO | 64012-2500 | VALID |
| JOSHUA HAYES | (913) 309-1758 | | 1140 COMMODORE DR | GARDNER | KS | 66030-1598 | VALID |
| JAMES HERNANDEZ | | (913) 433-3719 | 5006 CREST DR | KANSAS CITY | KS | 66106-3443 | VALID |
| DANIELLE SHELTON | | (913) 314-5549 | 1327 S 51ST ST | KANSAS CITY | KS | 66106-1614 | VALID |
| TODD JONES | (913) 284-5665 | | 8546 ISABEL ST | KANSAS CITY | KS | 66112-1833 | VALID |
| CRAIG JOHNSON | (816) 812-9371 | | 606 PARK AVE | BELTON | MO | 64012-3125 | VALID |
| JOSHUA CORNETT | | (913) 472-2136 | 223 LINCOLN | OSAWATOMIE | KS | 66072-9155 | VALID |
| DEMETRIUS HURT | (816) 216-9122 | | 3000 SWIFT AVE APT 223 | KANSAS CITY | MO | 64116-2958 | VALID |
| TWAYNE WIGGINS | (816) 656-5183 | | 10709 BELLEFONTAINE AVE | KANSAS CITY | MO | 64137-1738 | VALID |
| TAMARA OWSLEY | (785) 640-6742 | | 2928 NE HAPPY HOLLOW RD | TOPEKA | KS | 66617-3413 | VALID |
| THERESA DENT | (785) 893-3902 | | 922 N CEDAR ST | OTTAWA | KS | 66067-1710 | VALID |
| TANYA BENNETT | (913) 208-0310 | | 3408 E 105TH TERR | KANSAS CITY | MO | 64137 | VALID |
| JAMES HANKINS | (913) 514-4004 | | 5925 HASKELL AVE | KANSAS CITY | KS | 66104-2855 | VALID |
| BRIAN MARSHALL | (913) 800-0584 | | 4711 KIMBALL AVE | KANSAS CITY | KS | 66104-2447 | VALID |
| SHARON HANCH | (913) 808-8373 | | 15911 W 127TH ST APT 5204 | OLATHE | KS | 66062-5119 | VALID |
| TERESA FRAZIER | | (913) 573-1026 | 111 WALKER AVE | KANSAS CITY | KS | 66101-1958 | VALID |
| DERRICK BURTON | | (816) 446-3067 | 8409 E 109TH TER | KANSAS CITY | MO | 64134-3019 | VALID |
| PAULO OLAMALEVA | (816) 277-4278 | | 2504 NW CAMELOT PL | BLUE SPRINGS | MO | 64015-2959 | VALID |

| Name | Phone 1 | Phone 2 | Address | City | State | ZIP | Status |
|---|---|---|---|---|---|---|---|
| WILLIE JACKSON | | (816) 805-4022 | 3611 E 69TH ST | KANSAS CITY | MO | 64132-3253 | VALID |
| LAKENDRICK NEWSOME | | (816) 446-0947 | 12942 BEACON AVE | GRANDVIEW | MO | 64030-2635 | VALID |
| HEATHER GUNNELS | (816) 645-6562 | | 816 2ND ST APT 2 | BELTON | MO | 64012-2679 | VALID |
| JACKIE CROCKETT | | (816) 655-8444 | 4005 S BENTON AVE | KANSAS CITY | MO | 64130-1339 | VALID |
| DEVIN CHILDS | (913) 680-8221 | | 3401 10TH AVE | LEAVENWORTH | KS | 66048-4710 | VALID |
| ANTHONY JENNINGS | | (785) 727-8875 | 210 N 8TH | LAWRENCE | KS | 66044 | VALID |
| SHERITA JONES | | (816) 699-8022 | 9840 LOCUST ST | KANSAS CITY | MO | 64131-4108 | VALID |
| SHANNON HUBBARD | (816) 674-9473 | | 8922 E ROBERTS ST | INDEPENDENCE | MO | 64053 | VALID |
| TARA WEBB | (816) 724-8565 | | 9441 GODDARD ST | OVERLAND PARK | KS | 66214 | VALID |
| KENDRICK WESLEY | | | 12401 CHARLOTTE ST | KANSAS CITY | MO | 64146-1310 | VALID |
| TONYA GRANT | | (816) 882-0975 | 1104 NW ARLINGTON PL APT 1 | BLUE SPRINGS | MO | 64015-8315 | VALID |
| SARA PETERS | | (816) 263-9006 | 447 SUSIE DR | PITTSFIELD | IL | 60476 | VALID |
| BRENDA WICKHAM | | (816) 237-6197 | 701 NW 60TH ST APT 11 | KANSAS CITY | MO | 64118-3018 | VALID |
| JASON ROACH | (816) 673-1956 | | 19805 E 14TH ST N | INDEPENDENCE | MO | 64056-1366 | VALID |
| JAMES JACKSON | (816) 535-7309 | | 645 SW 2001ST RD | HOLDEN | MO | 64040-8142 | VALID |
| LINDA JAMISON | | (816) 612-5622 | 2116 E 11TH ST APT 3W | KANSAS CITY | MO | 64127-1210 | VALID |
| KARITA MATLOCK | (816) 612-1206 | | 6414 E 17TH ST | KANSAS CITY | MO | 64126-2528 | VALID |
| TIA STRICKLAND | (816) 209-5189 | | 11028 CYPRESS AVE | KANSAS CITY | MO | 64137-2065 | VALID |
| CHARLES BOLTON | (816) 767-8802 | | 13600 BENNINGTON AVE | GRANDVIEW | MO | 64030-3212 | VALID |
| HERBERT GENERAUX | | (816) 878-1490 | 103 N LEE ST APT 95D | BUCKNER | MO | 64016-9721 | VALID |
| DSJON THOMAS | (816) 349-5926 | | 113 S SAXONY DR | OLATHE | KS | 66061-5711 | VALID |
| SAMANTHA SMITH | (816) 288-6121 | | 6012 E 151ST TER APT A | GRANDVIEW | MO | 64030-4603 | VALID |
| PATRICIA ONTIVEROS | | | 4820 NW HOMESTEAD TER | KANSAS CITY | MO | 64150-3548 | VALID |
| RASHEEM BAILEY | | | 2613 D ST SE APT 2 | AUBURN | WA | 98002-7591 | VALID |
| ANGELA STALLINGS | | (913) 645-3029 | 6708 COLLEGE AVE | KANSAS CITY | MO | 64132-3004 | VALID |
| TAMMY PENNINGTON | (816) 560-3129 | | 510 S OVERTON AVE | INDEPENDENCE | MO | 64053-1512 | VALID |
| CHRISTOPHER VENICE | | (913) 638-8003 | 1128 W ELM TER | OLATHE | KS | 66061-3913 | VALID |
| MARQUAN PETERSON | | (816) 267-0982 | 7925 E 120TH ST | GRANDVIEW | MO | 64030-1330 | VALID |
| SHERRY GULLING | (816) 824-9286 | | 6010 E 151ST TER APT B | GRANDVIEW | MO | 64030-4604 | VALID |
| ADAM HOLLOWAY | | (573) 873-8554 | 53 HA HA TONKA CUT THRU | CAMDENTON | MO | 65020 | VALID |
| SHANTEL HOLLINGSWORTH | (913) 203-9305 | | 2022 SW MCALISTER AVE | TOPEKA | KS | 66604-3432 | VALID |
| MELISA MADISON | (816) 756-7026 | | 13803 11TH ST | GRANDVIEW | MO | 64030-3618 | VALID |
| AUSTIN WILLIS | (816) 785-9723 | | 6301 E 149TH ST | GRANDVIEW | MO | 64030-4323 | VALID |
| ANNISHA FURCH | (816) 260-6114 | | 4 W 132ND ST | KANSAS CITY | MO | 64145-1267 | VALID |
| BERTHA HOOTEN | (816) 438-6620 | | 7900 SYCAMORE AVE APT 4 | KANSAS CITY | MO | 64138-1444 | VALID |
| JEAYN JONES | | (816) 315-0003 | 3402 E 58TH TER | KANSAS CITY | MO | 64130-4225 | VALID |
| STEPHANIE DUROCHER | (913) 378-3997 | | 4370 W 199TH ST | STILWELL | KS | 66085-9088 | VALID |
| MAURICE RIVERS | (816) 729-5496 | | 2528 LAWN AVE | KANSAS CITY | MO | 64127-4641 | VALID |
| BEVERLY CLARK | | (816) 997-9356 | 5210 E 39TH TER | KANSAS CITY | MO | 64130-1705 | VALID |

| Name | Phone | Phone 2 | Address | City | State | ZIP | Status |
|---|---|---|---|---|---|---|---|
| KENNETH LONG | (316) 448-1218 | | 1019 AUGUST LANE | OTTAWA | KS | 66067 | VALID |
| JUSTIN LONG | (816) 456-1795 | | 6121 FARROW AVE | KANSAS CITY | KS | 66104-1431 | VALID |
| ANGELA DUTTON | (816) 730-5331 | | 104 N AUSTIN ST | OAK GROVE | MO | 64075-9743 | VALID |
| BISHIBA BOSTON | (816) 325-9546 | | 6306 RALSTON AVE | RAYTOWN | MO | 64133-5133 | VALID |
| ERIKA KEATINGS- BROCK | (816) 333-7334 | | 605 E 74TH ST | KANSAS CITY | MO | 64131-1634 | VALID |
| PATRICIA ENLOE | | (816) 872-9234 | 8609 HOLMES, APT 201 | KANSAS CITY | MO | 64131 | VALID |
| JONAH JOHNSON | | (816) 389-7780 | 11310 E AARRON LANE | INDEPENDENCE | MO | 64052 | VALID |
| NANCY REYNOLDS | | (559) 347-4968 | 305 S FORREST AVE, #3 | LIBERTY | MO | 64068-3828 | VALID |
| SAMANTHA DAVIS | (816) 810-3987 | | 17401 E 227TH ST | HARRISONVILLE | MO | 64701 | VALID |
| NICHOLAS SWAYZE | (913) 912-3417 | | 121 SUNSET AVE | HAYSVILLE | KS | 67060-1517 | VALID |
| NICOLE JONES | (816) 977-9589 | | 628 NORTON AVE | KANSAS CITY | MO | 64124-2738 | VALID |
| SETH YANCEY | | (785) 893-7059 | 1107 W 17TH ST APT 15 | OTTAWA | KS | 66067-3863 | VALID |
| NATRIS CAREY | (816) 699-9433 | | 9811 E 61ST ST APT 11 | RAYTOWN | MO | 64133-4046 | VALID |
| LATRICIA CARTER | | (816) 668-9315 | 13229 FULLER AVE | GRANDVIEW | MO | 64030-3142 | VALID |
| JUSTIN PARIS | (816) 399-8282 | | 1329 N AZTEC AVE | INDEPENDENCE | MO | 64056-1221 | VALID |
| FRED BROWNLEE | (816) 372-5384 | | 415 N COLORADO AVE | KANSAS CITY | MO | 64123-1414 | VALID |
| STEPHANIE CALKINS | (785) 393-3664 | | 2715 RAWHIDE LN | LAWRENCE | KS | 66046-5163 | VALID |
| WILLIE BOSBY JR | (913) 315-2324 | | 12343 JACKSON AVE | GRANDVIEW | MO | 64030-1522 | VALID |
| STEPHANIE LEE | (913) 999-4606 | | 4000 OAK ST APT 21 | KANSAS CITY | MO | 64111-4924 | VALID |
| HEIDI LECK | (913) 283-8662 | | 6301 STATE AVE LOT 80 | KANSAS CITY | MO | 66102 | VALID |
| WESLEY LECK | (913) 283-8662 | | 6301 STATE AVE LOT 80 | KANSAS CITY | MO | 66102 | VALID |
| SHELLEY CARVER | | (757) 466-2866 | 5621 RABY ROAD | NORFOLK | VA | 23502 | VALID |
| SANDRA NZURUMIKE | (816) 882-5259 | | 17492 ROSA DREW LN APT 6C | IRVINE | CA | 92612-2906 | VALID |
| AMBER FOX | (913) 203-6245 | | 907 STATE ST | LARNED | KS | 67550-2542 | VALID |
| ROBERT FRANK | (913) 574-7532 | | 5100 FOXRIDGE DR APT 513 | MISSION | KS | 66202-1584 | VALID |
| SHANA PARISON | (816) 908-7559 | | 6306 E 155TH ST, APT B | GRANDVIEW | MO | 64030 | VALID |
| CARLOS MEJIA | (816) 682-7647 | | 5202 N SPRUICE AVE | KANSAS CITY | MO | 64119 | VALID |
| VERONICA SUBLETT | (913) 689-5843 | | PO BOX 3715 | SHAWNEE MISSION | KS | 66203-0715 | VALID |
| JESSIE BOLTON SR | (816) 810-3863 | | 11307 KENSINGTON AVE | KANSAS CITY | MO | 64137 | VALID |
| ROBERT SHANER | (785) 766-1369 | | 112 PINE HAVEN CT | LAWRENCE | KS | 66046-3283 | VALID |
| DARRIN LYNCH | (816) 349-2355 | | 1672 E 63 ST | KANSAS CITY | KS | 64110 | VALID |
| BOBBY DAVIDSON | (913) 596-8361 | | 1011 TENNY AVE | KANSAS CITY | KS | 66102 | VALID |
| KEGAN GREEN | (913) 257-0486 | | 13033 W 102ND ST | SHAWNEE MISSION | KS | 66215-1837 | VALID |
| KAREN LIPSKY | (913) 747-5331 | | 1616 E WILLOW DR APT 106 | OLATHE | KS | 66062-1855 | VALID |
| HEATHER MARTINEZ | (816) 905-7958 | | 1711 S CRESCENT AVE | INDEPENDENCE | MO | 64052 | VALID |
| KRYSTAL WORTHEY | (816) 878-7183 | | 4312 BLUE RIDGE BLVD | KANSAS CITY | MO | 64133-2027 | VALID |
| CANDRA LOCKE | (913) 565-0274 | | 1023 E PARKER AVE APT A | INDEPENDENCE | MO | 64050-3141 | VALID |
| DEBORAH WOOD | (479) 276-1581 | | 309 S 3RD ST APT 8 | VAN BUREN | AR | 72956-5763 | VALID |
| KEYNA FOWLER | | (515) 441-9987 | 3830 N 111TH PLZ | OMAHA | NE | 68164-2861 | VALID |

| Name | Phone 1 | Phone 2 | Address | City | State | Zip | Status |
|---|---|---|---|---|---|---|---|
| LOREZO CANDIA | (913) 223-7233 | | 1318 EUCALYPTUS DR | LAS CRUCES | NM | 88001 | VALID |
| MARVIN KIRKWOOD | (816) 442-3756 | | 12509 ASKEY ST | GRANDVIEW | MO | 64030 | VALID |
| TAMMY PARISON | (816) 651-9968 | | 5902 E 126TH ST, APT 7 | GRANDVIEW | MO | 64030 | VALID |
| SHERI COOPER | (816) 665-6872 | | 523B S JACKSON | ARCHIE | MO | 64725 | VALID |
| IRENE CRABTREE | (816) 824-4685 | | 1301 N REDWOOD DR | INDEPENDENCE | MO | 64056 | VALID |
| LASHASTA BOYKIN | (913) 602-5429 | | 3042 N 21ST STREET | KANSAS CITY | KS | 66104 | VALID |
| SEAN LASTIEE | (816) 656-9023 | | 7107 FLORA AVE | KANSAS CITY | MO | 64131 | VALID |
| CORY FRAKES | (660) 251-1604 | | 322 N 17 ST | LEXINGTON | MO | 64067-1502 | VALID |
| DENNIS GRIFFITH | | (816) 518-7286 | 302 E WALNUT ST | HAMILTON | MO | 64644-8292 | VALID |
| JESSICA MOORE | (816) 738-4380 | | 2030 KENSINGTON AVE | KANSAS CITY | MO | 64127-3525 | VALID |
| SHERRI YAGER | (660) 815-0775 | | 645 S LAKE DR | MARSHALL | MO | 65340-3254 | VALID |
| LAURA LESTER | (913) 371-6880 | | 1312 N 28TH ST | KANSAS CITY | KS | 66102-2406 | VALID |
| KEVIN WILLIAMS | (816) 337-6075 | | 11301 GRANDVIEW RD, APT 108 | KANSAS CITY | MO | 64137 | VALID |
| STEVEN MOORHEAD | (816) 297-4078 | | 400 E 1ST ST APT 9 | ADRIAN | MO | 64720 | VALID |
| TIMOTHY GARDNER | (816) 210-1064 | | 310 S 9TH ST | CLINTON | MO | 64735 | VALID |
| MARY REYNOLDS | | (816) 810-1613 | 2208 E 29TH ST APT 1 | KANSAS CITY | MO | 64109-1460 | VALID |
| MIYAKO RAULS | | (816) 536-6115 | 4029 E 68TH ST | KANSAS CITY | MO | 64132-1451 | VALID |
| CHASITY MARTIN | (623) 383-3227 | | 8113 W GLOBE AVE | PHOENIX | AZ | 85043-1546 | VALID |
| MICHAELLE SNIDER | (816) 806-8787 | | 2885 PALM BEACH BLVD APT A502 | FORT MYERS | FL | 33916-1555 | VALID |
| CHRISTINA RENFRO | | (913) 293-7935 | 7411 BLUE RIDGE BLVD | RAYTOWN | MO | 64133-6305 | VALID |
| DAMETRIA WHITE | (816) 442-9806 | | 6128 N BROADWAY | GLADSTONE | MO | 64118 | VALID |
| TARONDA GRICE | (678) 481-2651 | | 1230 MILL CREST WALK NW | CONYERS | GA | 30012-4244 | VALID |
| JOHNNIE CROOM | | (816) 289-4504 | 7026 N OLIVE ST APT F | GLADSTONE | MO | 64118-2857 | VALID |
| NATILIE DEVINS | (785) 226-2893 | | 711 S ASH ST | OTTAWA | KS | 66067-2717 | VALID |
| RAYMOND SYLVESTER | (816) 433-0783 | | 1614 BELLEFONTAINE AVE APT 5 | KANSAS CITY | MO | 64127 | VALID |
| STEPHVON DOBBS-RILEY | | (816) 328-2810 | 2208 E 29TH ST, APT 1 | KANSAS CITY | MO | 64109-1317 | VALID |
| TIFFANY TERRY | | (816) 309-6794 | 1436 E 78TH ST | KANSAS CITY | MO | 64131-1949 | VALID |
| EVA HATCH | | (816) 745-5634 | 5024 BELLEFONTAINE AVE | KANSAS CITY | MO | 64130 | VALID |
| VERONICA NICKLES | | | 3505 E 114TH TER | KANSAS CITY | MO | 64137-2373 | VALID |
| JOHN PING | (816) 337-9762 | | 11217 BURTON ST | SUGAR CREEK | MO | 64054-1216 | VALID |
| EDWARD ZDYB | (806) 777-6704 | | 1102 N MEMPHIS AVE, APT 6105 | LUBBOCK | TX | 79415-5130 | VALID |
| KELLI PRUETT | (913) 742-9426 | | 203 S WASHINGTON ST | FREEMAN | MO | 64746-9778 | VALID |
| ANA RICHARDSON | (678) 789-2828 | | 3214 ETERNITY WAY | SNELLVILLE | GA | 30039-7764 | VALID |
| DONNA STANDARD | | (913) 562-8940 | 525 CHEYENNE ST | LEAVENWORTH | KS | 66048-1428 | VALID |
| DAVID GOOCH | (913) 260-0852 | | 29390 W 119TH ST | OLATHE | KS | 66061 | VALID |
| MARLON BECTON | | (816) 716-1912 | 3426 MICHIGAN AVE | KANSAS CITY | MO | 64109-2541 | VALID |
| TAMMY MCDANIELS | (918) 769-3176 | | PO BOX 93 | GORE | OK | 74435 | VALID |
| LISA MOORE | (913) 944-1379 | | 3121 KIMBALL AVE | KANSAS CITY | KS | 66104-4048 | VALID |
| PHILLIP JORDAN | (816) 399-8352 | | 1425 E 75TH TER | KANSAS CITY | MO | 64131-1906 | VALID |

| Name | Phone | Phone 2 | Address | City | State | Zip | Status |
|---|---|---|---|---|---|---|---|
| TIM CHENOWITH | | | 414 E WALNUT ST | WELLINGTON | KS | 67152 | VALID |
| JERRY MACK | (816) 838-5658 | | 8600 ROBANDEE LN | KANSAS CITY | MO | 64138-4642 | VALID |
| TYISHA KING | (816) 663-5314 | | 6300 E 147TH TER | GRANDVIEW | MO | 64030 | VALID |
| URSULA SAMUELS | | | 10001 COORS BYP NW APT 1936 | ALBUQUERQUE | NM | 87114 | VALID |
| DALLAS BRYNJULSON | (816) 352-0366 | | 426 CEDAR TER | SHAKOPEE | MN | 55379-9357 | VALID |
| JUSTIN MILLIGAN | (816) 337-6219 | | 401 SW 22ND ST | BLUE SPRINGS | MO | 64015 | VALID |
| JOVONNI HARRIS | | (816) 352-2084 | 8705 E 61ST TER APT 55 | KANSAS CITY | MO | 64129-2795 | VALID |
| KIM GRIFFITH | (816) 876-5202 | | 505 CHESTNUT ST | WAMEGO | KS | 66547 | VALID |
| YONI CLARKSON | (816) 539-1393 | | 6500 NE 43RD TER APT 105 | KANSAS CITY | MO | 64117-1586 | VALID |
| CANDICE BEASLEY | (816) 726-2633 | | 1016 CORALBEAM WAY | COLUMBIA | SC | 29229 | VALID |
| ANGELA BOWMAN | (913) 609-4767 | | 446 N 83RD PL | KANSAS CITY | KS | 66112 | VALID |
| LINDA MCGEE | | (816) 335-7604 | 626 N PLEASANT ST | INDEPENDENCE | MO | 64050-1240 | VALID |
| TARIK HOPKINS | (816) 332-9562 | | 3528 WOODLAND AVE | KANSAS CITY | MO | 64109-2568 | VALID |
| GEORGE ROLF | | (816) 508-0902 | 1155 EAST 77 | KANSAS CITY | MO | 64131 | VALID |
| SCHELLI TOLLIVER | (816) 824-7174 | | 8012 E 120TH ST | GRANDVIEW | MO | 64030-1333 | VALID |
| MAURICE WHITE | (816) 679-5291 | | 3227 NORTON AVE | KANSAS CITY | MO | 64128-2156 | VALID |
| ANESHA BROWN | (816) 267-9014 | | 8806 E 71ST TER | RAYTOWN | MO | 64133-6409 | VALID |
| MINNIE GATES | (816) 469-0554 | | 2512 AGNES | KANSAS CITY | MO | 64127 | VALID |
| CRYSTAL RAYNER | (816) 908-5937 | | 5100 PALMER DR | KANSAS CITY | MO | 64129-2351 | VALID |
| MOHAMMED ABDULKAREEM | | (816) 288-1079 | 703 SHOREVIEW DR | RAYMORE | MO | 64083-8324 | VALID |
| STEPHANIE HESS | (816) 548-5959 | | 348 JENNA AVE | BELTON | MO | 64012-4534 | VALID |
| JERRID CINK | | (913) 707-1169 | 2521 S 50TH ST | KANSAS CITY | KS | 66106-3481 | VALID |
| AMBER HILL | (816) 877-5773 | | 1841 N 12TH ST | KANSAS CITY | KS | 66104-5939 | VALID |
| DAVID BLATT | (816) 349-7545 | | 6236 E 12TH STREET | KANSAS CITY | MO | 64126 | VALID |
| DONNA SMITH | (816) 288-1646 | | 1132 CAMEO DR | YUKON | OK | 73099-6581 | VALID |
| TARA PEEL | (816) 982-3499 | | 33787 IVY BEND RD | STOVER | MO | 65078-2012 | VALID |
| RICHARD SMITH | | (816) 606-7579 | 11910 E 60TH ST | KANSAS CITY | MO | 64133-4327 | VALID |
| JAMES COULBOURN | (208) 550-0784 | | 808 S ELDER ST | NAMPA | ID | 83686 | VALID |
| WILLIAM DZULA | (660) 624-4044 | | 204 N CENTRAL ST | CHILHOWEE | MO | 64733-8144 | VALID |
| CALVIN JOHNSON | | (816) 923-9303 | 2534 COLLEGE AVE | KANSAS CITY | MO | 64127-4253 | VALID |
| MISQUISE WRIGHT | (720) 380-0526 | | 7500 E QUINCY AVE APT E304 | DENVER | CO | 80237 | VALID |
| MICHAEL CANZONERE JR. | (913) 292-5221 | | 6140 ROGER DR | SHAWNEE | KS | 66203-2944 | VALID |
| BONITA LIESEN | | (217) 617-9485 | PO BOX 55 | BOWEN | IL | 62316 | VALID |
| GAIL DUNN | (816) 398-5522 | | 407 W LINDEN AVE | INDEPENDENCE | MO | 64050 | VALID |
| JUNETTE FRYE | | (816) 433-2452 | 3726 VIRGINIA AVE | KANSAS CITY | MO | 64109-2728 | VALID |
| TASHA STEWART | | (816) 808-5902 | 2619 S SANTA FE RD | INDEPENDENCE | MO | 64052-3230 | VALID |
| WALTER DAVIDSON | (816) 721-7226 | | 400 W 104TH ST APT D | KANSAS CITY | MO | 64114-4615 | VALID |
| JUDY NELAND | (913) 206-3317 | | 6032 BALLENTINE ST | SHAWNEE | KS | 66203-2924 | VALID |
| DENA RUIZ | | (913) 449-3168 | 6300 W 83RD ST | SHAWNEE MISSION | KS | 66204 | VALID |

| Name | Phone 1 | Phone 2 | Address | City | State | ZIP | Status |
|---|---|---|---|---|---|---|---|
| CHERYL NEWTON | | (813) 756-7636 | 2001 E 60TH TER | KANSAS CITY | MO | 64130-4818 | VALID |
| KARA KANE | | | 117 N HOLDER RD | INDEPENDENCE | MO | 64050-2103 | VALID |
| KELLEY KASHKA | (816) 898-4162 | | 1310 OAKLEY AVE APT 1N | KANSAS CITY | MO | 64127-1119 | VALID |
| TARA FRITZ | (913) 620-7897 | | 1031 S 50TH DR | KANSAS CITY | KS | 66106-1727 | VALID |
| WALTER GATES | (913) 534-0492 | | 6144 FARROW AVE, APT A | KANSAS CITY | KS | 66104-1430 | VALID |
| MARIO MCCRARY | (913) 485-1099 | | 3043 SUNTREE PLZ APT 802 | KANSAS CITY | KS | 66103-2362 | VALID |
| TAMMY ARCHULETA | | (816) 210-3803 | 2925 WHITMORE DR | LAWRENCE | KS | 66046-5484 | VALID |
| CAROLYN ROBINSON | (816) 289-1281 | | 9317 HARRISON ST, APT 833 | KANSAS CITY | MO | 64131 | VALID |
| KEITH SMITH | | (913) 605-3715 | 1830 E 152ND CT | OLATHE | KS | 66062-2955 | VALID |
| LEMELL TATUM | | (816) 456-5575 | 4326 FLORA AVE | KANSAS CITY | MO | 64110-1426 | VALID |
| DANIEL FAGAN | (816) 986-0535 | | 4621 NW 78TH TERR, APT 19 | KANSAS CITY | MO | 64151 | VALID |
| KAYLA BLUE | | (816) 605-0086 | 8308 PERSHING RD | RAYTOWN | MO | 64138-3633 | VALID |
| LATONYA PLUMMER | | (816) 673-0588 | 5647 CHESTNUT AVE | KANSAS CITY | MO | 64130-3711 | VALID |
| ALBERT FAGINS | (785) 741-1984 | | 725 IOWA | HIAWATHA | KS | 66434 | VALID |
| SANDRA TATE LORTHRIDGE | | (816) 600-7498 | 6311 WOODLAND AVE, APT 903 | KANSAS CITY | MO | 64131 | VALID |
| AMBER COOPER | (913) 547-5947 | | 29 WOODMOOR CT | LEAVENWORTH | KS | 66048 | VALID |
| TIFFANY BROWN | (816) 433-2469 | | 7111 E 112TH ST | KANSAS CITY | MO | 64134-3305 | VALID |
| STEVEN ABRON JR | (816) 457-7482 | | 1421 N 55TH DR APT A | KANSAS CITY | KS | 66102 | VALID |
| TIFFANY PEETE | | (913) 206-7398 | 8602 EAGLE POINTE DRIVE | KNOXVILLE | TN | 37931 | VALID |
| JUTTA BLACK | | (816) 500-1183 | 526 S STARK AVE | INDEPENDENCE | MO | 64053-1132 | VALID |
| FLOYD DINGMAN | (816) 756-7151 | | 2012 NE SUMMERFIELD CT | GRAIN VALLEY | MO | 64029 | VALID |
| MACK ANDERSON | | (813) 929-1304 | 220 CANAL ST | BELTON | MO | 64012-6108 | VALID |
| FARREN KNAPP | | (785) 969-1152 | 1318 S DOGWOOD ST | OTTAWA | KS | 66067-3475 | VALID |
| REBECCA MOORE | | (785) 214-8191 | 1318 S DOGWOOD ST | OTTAWA | KS | 66067-3475 | VALID |
| VERONICA MCREYNOLDS | (913) 207-6292 | | 2200 HARPER ST, LOT B3 | LAWRENCE | KS | 66047 | VALID |
| VINCENT ALEXANDER | (816) 738-0465 | | 132 W MAIN ST | ADRIAN | MO | 64720-9207 | VALID |
| SHALISHA TANN | (816) 804-7517 | | PO BOX 24701 | KANSAS CITY | MO | 64131 | VALID |
| MICHAEL GRIDDINE | (816) 739-3567 | | 8206 SPRING VALLEY RD | BELTON | MO | 64012-2266 | VALID |
| CHRISTOPHER POAGE | (620) 625-5335 | | PO BOX 143 | PARKER | KS | 66072 | VALID |
| TIFFANY ASBURY | | (816) 982-5430 | 8847 LANE AVE | KANSAS CITY | MO | 64138-4578 | VALID |
| EVELYN JOHNSON | (816) 682-6337 | | 11114 HERRICK AVE | KANSAS CITY | MO | 64134-3451 | VALID |
| CHRISTOPHER POAGE | (620) 625-5335 | | PO BOX 143 | PARKER | KS | 66072 | VALID |
| RAJA EVANS | | (913) 235-4451 | 301 N 71ST ST | KANSAS CITY | KS | 66112-3104 | VALID |
| SHAWNTAE GRIMM | (816) 482-0710 | | 9433 CLEVELAND AVE APT 148 | KANSAS CITY | MO | 64132 | VALID |
| DANIEL WOLF | | (816) 533-2673 | 1314 S EMERY AVE | INDEPENDENCE | MO | 64055-1524 | VALID |
| CHRIS MAGUIRE | (816) 469-3457 | | 407 N GILBERT ST | INDEPENDENCE | MO | 64056-1684 | VALID |
| CASAUNDRA ROBINSON | (816) 756-7295 | | 5144 SKILES AVE | KANSAS CITY | MO | 64129 | VALID |
| TODD PARDEE | (816) 255-0932 | | 458 NW 1151ST RD | CENTERVIEW | MO | 64019-8157 | VALID |
| IAN SHELEY | | (816) 810-7164 | 2420 S CRYSLER AVE | INDEPENDENCE | MO | 64052-3249 | VALID |

| Name | Phone 1 | Phone 2 | Address | City | State | ZIP | Status |
|---|---|---|---|---|---|---|---|
| LISA EVERHART | (816) 405-9958 | | 5 JOLISA CT | SMITHVILLE | MO | 64089-9708 | VALID |
| MARY CAMPBELL | | (816) 332-8384 | 6204 E 126TH ST | GRANDVIEW | MO | 64030-4858 | VALID |
| DESTINI WALTON | (816) 716-4740 | | 10064 NE STATE ROUTE T | ADRIAN | MO | 64720 | VALID |
| LORRAINE HENRY | | | PO BOX 3744 | URBANDALE | IA | 50323-0744 | VALID |
| HOPE HUFF | (816) 716-0592 | | 725 EWING AVE | KANSAS CITY | MO | 64125 | VALID |
| TYRA WILSON | (816) 612-6030 | | 513 SE ADOBE DR | LEES SUMMIT | MO | 64063-4483 | VALID |
| MIKE GREEN | (816) 986-7035 | | 9616 W 87TH ST | OVERLAND PARK | KS | 66212-4568 | VALID |
| KRISTI LAKEY | (816) 695-2415 | | 102 SKY VUE DR APT C | RAYMORE | MO | 64083-8205 | VALID |
| KESHAWNA HUDSON | | (816) 335-7192 | 3546 NORTON AVE | KANSAS CITY | MO | 64128 | VALID |
| HASIBA MUHAMMAD | | (816) 656-9270 | 3217 MERSINGTON AVE | KANSAS CITY | MO | 64128-2144 | VALID |
| EBONY MAYWEATHER | | (816) 916-8155 | 5017 WALROND | KANSAS CITY | MO | 64130 | VALID |
| DYSHAWN SYLVAN | (816) 294-5423 | | 200 LAKEWOOD TERRACE, APT 101 | BELTON | MO | 64012 | VALID |
| LORI FESMIRE | (913) 938-2249 | | 311 S 7 ST | LA CYGNE | KS | 66040 | VALID |
| RONNIE RALEIGH | | (913) 624-0210 | 1431 SANTA FE ST | ATCHISON | KS | 66002 | VALID |
| RICHARD METZGER | (523) 539-9948 | | 2092 HIGHWAY 100 | HERMANN | MO | 65041-4036 | VALID |
| YUSUF NSEREKO | | (682) 557-3688 | 6324 BAKER BLVD APT E29 | RICHLAND HILLS | TX | 76118-6114 | VALID |
| JENNIFER DUNNING | (816) 805-2417 | | 3625 POPLAR AVE | INDEPENDENCE | MO | 64052 | VALID |
| KELVIN TUGGLE | (816) 606-6778 | | 5816 E 20TH ST | KANSAS CITY | MO | 64126 | VALID |
| CAROL HADLY | (660) 200-6565 | | 1303 E WALNUT ST | RICH HILL | MO | 64779-1336 | VALID |
| FRANCES REYNOLDS | | (816) 877-5579 | 5106 THOMPSON AVE APT 2-W | KANSAS CITY | MO | 64124 | VALID |
| PHILLIP COLBERT | (816) 392-6948 | | 470 VALEEN LN | BELTON | MO | 64012 | VALID |
| DANELL LASH | | (913) 201-7181 | 9113 RENNER BLVD APT 1002 | SHAWNEE MISSION | KS | 66219-1775 | VALID |
| LALITA FULSON | (602) 552-1082 | | 1710 S GILBERT RD #1173 | MESA | AZ | 85204 | VALID |
| MICHAEL GILPIN JR | (913) 609-1096 | | 614 NE 41ST TER | KANSAS CITY | MO | 64116-2269 | VALID |
| FELICIA MARTIN | | (816) 908-4582 | 3704 WYANDOTTE ST APT 4 | KANSAS CITY | MO | 64111-7109 | VALID |
| FRANCES HOWELL | (816) 405-8103 | | 12805 W 109TH ST | OVERLAND PARK | KS | 66210-1118 | VALID |
| LAWANDA HUDSON | | (816) 469-3454 | 615 DEWEESE ST | GRANDVIEW | MO | 64030-2943 | VALID |
| TIMOTHY DELACY | (816) 394-3805 | | 8600 BUCKINGHAM LN APT 6 | KANSAS CITY | MO | 64138-1221 | VALID |
| MARK BRADEN | (816) 456-5094 | | 2306 E 110TH ST | KANSAS CITY | MO | 64131-3527 | VALID |
| JANNINE OWENS | (479) 270-3810 | | 7904 93RD ST | KANSAS CITY | MO | 64138 | VALID |
| ORLANDO WILLIAMS I | (816) 877-4894 | | 8003 E 130TH COURT | GRANDVIEW | MD | 64030 | VALID |
| DEVON BOWERSOCK | (816) 682-9062 | | 7420 WOODSON RD | RAYTOWN | MO | 64133-6932 | VALID |
| GINA TAYLOR | (816) 825-9800 | | 950 HOLMES ST APT 410 | KANSAS CITY | MO | 64106-2630 | VALID |
| DAVID HERDMAN | | (913) 999-8690 | 2827 N 51ST ST | KANSAS CITY | KS | 66104-2330 | VALID |
| MELISSA TELFORD | | (816) 810-5686 | 17208 E 21ST ST N | INDEPENDENCE | MO | 64058-1534 | VALID |
| RACHEL AGEE | (417) 599-9100 | | 2837 N 47TH PL | KANSAS CITY | MO | 66104 | VALID |
| MARY GOLDMAN | (816) 442-9803 | | 9809 E 61ST ST APT 4 | RAYTOWN | MO | 64133-4035 | VALID |
| WILLIAM TERRILL | (816) 651-4524 | | 3541 GILLHAM RD APT 5 | KANSAS CITY | MO | 64111-1450 | VALID |
| BRITTANY SMITH | (816) 810-5569 | | 7112 COLLEGE AVE | KANSAS CITY | MO | 64132-1904 | VALID |

| Name | Phone 1 | Phone 2 | Address | City | State | ZIP | Status |
|---|---|---|---|---|---|---|---|
| SHEKERA HOLT | (817) 217-0449 | | 1007 COOPER SQUARE CIR, APT 277 | ARLINGTON | TX | 76013 | VALID |
| MELISSA MAHL | (816) 394-4481 | | 8800 E SMART AVE | INDEPENDENCE | MO | 64053-1126 | VALID |
| LATOYA FINCH | (816) 392-0763 | | 8606 E 114TH ST | KANSAS CITY | MO | 64134-3615 | VALID |
| JAMIE ADAMS | (816) 499-2868 | | 611 E KANSAS AVE | INDEPENDENCE | MO | 64050 | VALID |
| PAMELA JACOBS | | (816) 655-1086 | 3009 E 55TH ST | KANSAS CITY | MO | 64130-3830 | VALID |
| TERRANCE WHITE | | (816) 447-0913 | 8605 E 74TH ST | KANSAS CITY | MO | 64133-6317 | VALID |
| DANIEL HILDEBRAND | | (719) 453-5726 | 3845 LAKEHURST DR, #203 | COLORADO SPRINGS | CO | 80916 | VALID |
| ADELINA PALOMINO | (913) 963-0612 | | 11775 S SHANNAN ST APT 401 | OLATHE | KS | 66062 | VALID |
| CHRISTINA BIRD | (816) 914-9475 | | 1416 N PONCA DR | INDEPENDENCE | MO | 64058-1134 | VALID |
| RODNEY ROBINSON | | (913) 449-2964 | 10351 EDITH AVE | KANSAS CITY | KS | 66109 | VALID |
| JOYCE ROLF | | (816) 612-0710 | 10816 FREMONT AVE | KANSAS CITY | MO | 64134-2502 | VALID |
| CHRISTOPHER DANIELS | (913) 265-9337 | | 3040 OAKLAND AVE | KANSAS CITY | KS | 66102 | VALID |
| MARTIN THIBEAUX | (816) 517-4945 | | 1314 NORTHRIDGE PKWY APT G | OLATHE | KS | 66061 | VALID |
| DONALD CYPHERT | (816) 859-5910 | | 10 NE 88TH ST | KANSAS CITY | MO | 64155-2415 | VALID |
| AMANDA MELSON | (816) 799-1559 | | 3831 BELLEFONTAINE AVE | KANSAS CITY | MO | 64128-2546 | VALID |
| MARCUS ANDERSON | (913) 265-9144 | | 1108 S 98TH ST | KANSAS CITY | KS | 66111-1544 | VALID |
| PAMELA BERRY | | (816) 296-1361 | 201 W 8TH TER APT 12 | LAWSON | MO | 64062-9320 | VALID |
| JASMINE JONES | | (225) 421-5461 | 525 S 12TH ST APT 15 | PORT ALLEN | LA | 70767 | VALID |
| SHELLY GRAY | (816) 284-8652 | | 5117 NE 45TH TER | KANSAS CITY | MO | 64117 | VALID |
| CYNTHIA WINGERT | (816) 863-6211 | | 2508 ALISTER DRIVE | LAWRENCE | KS | 66049 | VALID |
| KOSHINA MOORE-DELACY | (913) 636-8381 | | 350 WOODRIDGE CIRCLE #14 | SOUTH ELGIN | IL | 60177 | VALID |
| LAURIE MURR | | | 201 W NELSON ST | EDGERTON | KS | 66021-2230 | VALID |
| RYAN ROUSER | (816) 529-8694 | | C/O TAMARA JACKSON 9403 STARK AVE | KANSAS CITY | MO | 64138 | VALID |
| LISA VILLANUEVA | (816) 825-3838 | | 13019 8TH ST | GRANDVIEW | MO | 64030-2354 | VALID |
| CHRISTOPHER STARNES | (816) 456-1141 | | 10521 E 35TH TER S | INDEPENDENCE | MO | 64052-1111 | VALID |
| CRYSTAL HINDMAN-ROBINSON | | | 111 N VENTURA AVE APT 4 | JEFFERSON CITY | MO | 65109-7339 | VALID |
| BRANDON KELSEY | (913) 293-4918 | | 6126 CLEVELAND AVE | KANSAS CITY | KS | 66104-2736 | VALID |
| HARRIET SORE | (913) 544-5718 | | 6402 W 133RD TER | SHAWNEE MISSION | KS | 66209-4076 | VALID |
| SANDRA BOWMAN | | | 12918 BRISTOL CT | GRANDVIEW | MO | 64030 | VALID |
| LANITA JONES | (816) 216-8655 | | 3316 E 59TH ST | KANSAS CITY | MO | 64130-4244 | VALID |
| QUENTON SHELBY | | | 7350 STATE AVE APT 212 | KANSAS CITY | KS | 66112 | VALID |
| ANDREA RAY | | (819) 299-0748 | 1500 E 29TH ST APT 111 | KANSAS CITY | MO | 64109-1300 | VALID |
| MICHAEL THORNBURG | (417) 321-1623 | | 202 E MYRTLE ST | RICH HILL | MO | 64779-1422 | VALID |
| WILMA CLARK | (816) 996-1232 | | 1503 W TURNER ST | INDEPENDENCE | MO | 64050 | VALID |
| TIFFANY PRICE | | (816) 824-5005 | 3926 INDIANA AVE | KANSAS CITY | MO | 64130-1440 | VALID |
| WILLIE-RAY CLARK | (816) 315-5191 | | 5223 OAK LEAF DR APT 2 | KANSAS CITY | MO | 64129 | VALID |
| CONNIE RAYNER | | (816) 876-7757 | PO BOX 520796 | INDEPENDENCE | MO | 64052-0796 | VALID |
| STACY MCFARLANE | (660) 200-5794 | | 430 E 2ND ST | ADRIAN | MO | 64720-9122 | VALID |
| DEBORAH DILLARD | | (913) 850-2208 | 300 N CHESTNUT ST, #107 | OLATHE | KS | 66061 | VALID |

| Name | Phone 1 | Phone 2 | Address | City | State | Zip | Status |
|---|---|---|---|---|---|---|---|
| JENNIFER HETLE | (816) 400-2849 | | 6313 E 109TH ST | KANSAS CITY | MO | 64134 | VALID |
| PERRY MARTIN | | (816) 503-1454 | 950 MONTEREY WAY APT J4 | LAWRENCE | KS | 66049 | VALID |
| HENRY JONES | | (665) 299-1345 | P O BOX 176 | RULEVILLE | MS | 38771 | VALID |
| LATEEF BROWN | | | 1600 HOLIDAY DR, #313A | KANSAS CITY | MO | 64134 | VALID |
| CONNIE MILLS | | | 1010 NORTH SPRING ST | INDEPENDENCE | MO | 64050-4243 | VALID |
| TIFFANY MALTBIA | (816) 877-7078 | | 9347 BALES AVE APT 2301 | KANSAS CITY | MO | 64132 | VALID |
| LESLEY CASTO | (816) 541-6230 | | 402 N LAKE, UNIT B | HARRISONVILLE | MO | 64701-3359 | VALID |
| BENJAMIN WILLIAMS | | (913) 999-1228 | 600 S PENROSE LN | OLATHE | KS | 66062 | VALID |
| ANGELA CARSON | | (816) 359-8666 | 11507 E 14TH ST S APT C | INDEPENDENCE | MO | 64052-3897 | VALID |
| OLGA RAGSDALE | (816) 984-9850 | | 4347 BELLEFONTAINE AVE | KANSAS CITY | MO | 64130-2019 | VALID |
| DIANA LANEY | (816) 328-0298 | | 1501 N MILLHAVEN CT | INDEPENDENCE | MO | 64056 | VALID |
| APPOLLONIA HATCH | | (816) 572-2287 | 7920 OLIVE ST | KANSAS CITY | MO | 64132-2329 | VALID |
| KIESHE HICKMON | (816) 665-3492 | | 958 MARKEY PL | BELTON | MO | 64012 | VALID |
| PETER SCOTT | | (816) 882-7356 | 10809 E 20TH ST S | INDEPENDENCE | MO | 64052-3417 | VALID |
| DAYNA KOVACS | (816) 503-9391 | | 19701 E GLEN ELLYN CT | INDEPENDENCE | MO | 64056-1381 | VALID |
| JAMES MILLER | (661) 802-8926 | | 1317 E 23RD ST, APT 2 | LOS ANGELES | KS | 90011 | VALID |
| JUSTIN HALL | (913) 963-9547 | | 2520 GARLANDWOOD DR | MODESTO | CA | 95355 | VALID |
| KATHRYN BRAUGHTON | (816) 289-3791 | | 1016 S SKYLINE DR | LIBERTY | MO | 64068 | VALID |
| MICHAEL KODER | (816) 519-9983 | | 232 SHARI DR APT C | PECULIAR | MO | 64078-8242 | VALID |
| ELIZABETH DOMINGUEZ | (913) 548-7123 | | 11204 W 61ST ST | SHAWNEE | KS | 66203-2730 | VALID |
| SHALETTE ROSS | (816) 885-5057 | | 3600 NE 54TH TER | KANSAS CITY | MO | 64119-2741 | VALID |
| MICHAEL OTTERSTEIN | (913) 671-0306 | | 1823 S LENNOX DR | OLATHE | KS | 66062-2812 | VALID |