IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| QUENTON SHELBY, Individually and on Behalf of Others Similarly Situated, ) ) ) Plaintiff, ) ) v. ) ) OAK RIVER INSURANCE COMPANY, ) ) Defendant. ) | No. 4:17-cv-0224-DGK |

**ORDER GRANTING IN PART MOTION TO EXTEND PAGE LIMIT**

This lawsuit is an attempt to recover on a judgment entered in a separate class-action lawsuit filed in state court. Now before the Court is Defendant Oak River Insurance Company's ("Oak River") Motion for Page Limit Extension (Doc. 7). Oak River moves to extend the page limit on its Suggestions in Support of its Motion for Summary Judgment from fifteen pages to twenty-five pages of argument. Oak River contends summary judgment should be granted for eight different reasons, and it requests the extra pages to brief every one.

The motion is GRANTED IN PART. Although Oak River may have eight plausible grounds on which to move for summary judgment, only one is needed to grant the motion. Accordingly, the Court encourages Oak River to identify its three or four best arguments and thoroughly develop those.

To ensure Oak River has ample space to make its best arguments, the Court grants three additional pages of argument. And to ensure Oak River has ample time to edit its brief to conform to the eighteen page limitation, the Court extends the deadline to file dispositive motions one week, to Tuesday, November 21. The deadlines to file a responsive brief and a reply brief are also extended one week.

However many arguments Oak River ultimately decides to make, the Court cautions that Oak River must comprehensively argue them in the initial Suggestions in Support or the Court will not consider them.

**IT IS SO ORDERED.**

Date:  November 15, 2017                    /s/ Greg Kays
                                            GREG KAYS, CHIEF JUDGE
                                            UNITED STATES DISTRICT COURT