# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

QUENTON SHELBY, Individually )
and on Behalf of Others Similarly Situated, )
                                            )
       Plaintiff, )
                                            )   No. 4:17-cv-0224-DGK
       v. )
                                            )
OAK RIVER INSURANCE COMPANY, )
                                            )
       Defendant. )

## JUDGMENT IN A CIVIL ACTION

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.** This action has been considered and a decision has been rendered by the Court.

**IT IS ORDERED AND ADJUDGED** that Defendant's Motion for Summary Judgment (Doc. 23) is GRANTED.


April 30, 2018                             Paige Wymore-Wynn
Dated                                       Clerk of Court

April 30, 2018                             /s/ Tracy Strodtman
Entered                                      (by) Deputy Clerk