# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| QUENTON SHELBY, <br><br> Plaintiff, <br><br> v. <br><br> OAK RIVER INSURANCE COMPANY, <br><br> Defendant. | Case No. 4:17-cv-00224-DGK <br><br> **Notice of Appeal** |

Notice is hereby given that Quenton Shelby, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the District Court's Order Denying Motion for Remand (Doc. 25) entered on December 5, 2017, the Order Granting Summary Judgment (Doc. 41) entered on April 30, 2018, and Judgment entered on April 30, 2018 (Doc. 42).

                                            ONDERLAW, LLC

By:   /s/ Martin L. Daesch
      Martin L. Daesch, #40494
      Jesse B. Rochman, #60712
      110 E. Lockwood Ave.
      St. Louis, MO 63119
      (314) 963-9000 (telephone)
      (314) 963-1700 (facsimile)
      daesch@onderlaw.com
      rochman@onderlaw.com
      *Attorneys for Plaintiff*

## Certificate of Service

      I certify on May 22, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                    /s/ Martin L. Daesch_____